COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| | § | |
| IN RE:  ADAM GREENWOOD AND | § | No. 08-11-00143-CV |
| SAVE THE OGALLALA AQUIFER | § | |
| FOUNDATION, | | AN ORIGINAL PROCEEDING |
| | § | |
| Relator. | § | IN MANDAMUS |
| | § | |
| | § | |

## <u>MEMORANDUM OPINION</u>

This mandamus proceeding was abated while the parties negotiated a settlement of the underlying litigation.  The parties have now filed a joint motion to dismiss for mootness because they reached a settlement and the underlying suit has been dismissed.  Accordingly, the proceeding is reinstated on the docket of this Court, the motion is granted, and the proceeding is dismissed.

August 31, 2011

ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Rivera, JJ.